IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Keith Simmons<br>255 V Street NW Apt 31<br>Washington, DC 20001<br><br> Plaintiff**,**<br><br>v.<br><br>Aveda Corp.<br>4000 Pheasant Ridge Drive NE<br>Blaine, MN 55449<br><br> Defendant**.** | Case No**:** |

**DEFENDANT AVEDA CORPORATION'S NOTICE OF REMOVAL**

 Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, Aveda Corporation (hereinafter referred to as, "Defendant"), hereby removes the subject action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, and in support thereof, states as follows:

 1. Plaintiff Keith Simmons filed Case No. 2025-CAB-007119 in the Superior Court of the District of Columbia ("Superior Court") on October 24, 2025. *See* Summons for Defendant and Complaint, attached hereto as **Exhibit A**. Plaintiff alleges that he served Defendant with the Summons and Complaint on November 6. *See* Affidavit of Service, attached hereto as **Exhibit B**.

 2. Defendant has filed this Notice of Removal within 30 days of Defendant's receipt of Plaintiff's initial pleading in Case No: 2025-CAB-007119, and removal is therefore timely under 28 U.S.C. § 1446(b).

 3. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings and orders served on Defendant are attached hereto as **Exhibit A**.

1

4. This Court has original jurisdiction over this action by reason of diversity of citizenship under 28 U.S.C. § 1332, and this action may be removed to this Court under 28 U.S.C. § 1441(a).

5. Plaintiff alleges that he is a resident of the District of Columbia. *See* Ex. A, Pl.'s Compl. At 1.

6. Defendant is incorporated under Delaware law with its principal place of business in Minnesota. *Id.*

7. The threshold requirement for the amount in controversy in order to support removal pursuant to 28 U.S.C. § 1332(a) is met, as Plaintiff is seeking more than $75,000 in damages for the claims asserted in this matter. *See* Ex. A, Pl.'s Compl. at 1, 5.

8. As of the filing of this Notice of Removal, no defendants other than Aveda Corporation have been identified, no defendants have filed a responsive pleading in Case No. 2025-CAB-007119 in the Superior Court, and no proceedings have transpired in Case No. 2025-CAB-007119 in the Superior Court.

9. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiff in the form attached hereto as **Exhibit C**, and a copy of the Notice of Removal will be filed with the Clerk of the Superior Court.

**WHEREFORE**, Defendant, Aveda Corporation, hereby removes the subject action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Dated: November 28, 2025        Respectfully submitted,

                                       /s/ *Matthew R. Schroll*
                                       Matthew R. Schroll
                                       NELSON MULLINS RILEY & SCARBOROUGH LLP
                                       Bar No. MD29424
                                       matt.schroll@nelsonmullins.com
                                       2 South Biscayne Blvd., 21st Floor
                                       Miami, FL 33131
                                       (305) 373-9400
                                       (305) 373-9443 Facsimile

                                       *Attorney for Defendant Aveda Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of November 2025, a copy of the foregoing was electronically filed via CM/ECF and served on all counsel of record and pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Columbia. A copy of the foregoing was also served on the following via email:

Keith Simmons
kdsimmonstrusteez@gmail.com

*Plaintiff, Pro Se*

/s/ *Matthew R. Schroll*
Matthew R. Schroll